# Court of Appeals
## Tenth Appellate District of Texas

10-25-00004-CV

In the Interest of B.C., a Child

On appeal from the
85th District Court of Brazos County, Texas
Associate Judge Andrea James, presiding
Trial Court Cause No. 22-000141-CV-85-A

JUSTICE HARRIS delivered the opinion of the Court.

### MEMORANDUM OPINION

The father's appointed counsel filed an *Anders* brief asserting that the appeal presents no issue of arguable merit. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). The procedures set forth in *Anders v. California* are generally applicable to appeals of judgments that terminate parental rights. *In re E.L.Y.*, 69 S.W.3d 838, 841 (Tex. App.—Waco 2002, order). Counsel advised the father that counsel had filed the brief pursuant to *Anders* and that he had the right to file a *pro se* response with this Court. The father was also advised of his right to review the record prior to filing a response. The father did not file a *pro se* response with this Court.

Counsel included a recitation of the procedural history and relevant facts in the *Anders* brief and asserted that counsel had reviewed the record for any potentially meritorious issues, including jurisdictional issues, and determined there are no non-frivolous issues to raise in this appeal. Counsel's brief discusses the sufficiency of the evidence as to each of the predicate acts upon which the termination was granted, that being Sections 161.001(b)(1)(D), (E), and (Q), as well as the best interest of the child and the Department's reasonable efforts to return the child.[1] Counsel's brief includes a professional evaluation of the record, and we conclude that counsel performed the duties required of appointed counsel. *See Anders*, 386 U.S. at 744; *see also In re Schulman*, 252 S.W.3d 403, 406-408 (Tex. Crim. App. 2008).

Upon the filing of an *Anders* brief, as the reviewing appellate court, it is our duty to independently examine the record to decide whether counsel is correct in determining that an appeal is frivolous. *See In re G.P.*, 503 S.W.3d 531, 536 (Tex. App.—Waco 2016, pet. denied). Arguments are frivolous when they "cannot conceivably persuade the court." *McCoy v. Court of Appeals*, 486 U.S. 429, 436, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988). Having carefully reviewed the entire record and the *Anders* brief, including counsel's request that the Court modify the judgment, we have determined that the appeal is

---

[1] *See* TEX. FAM. CODE § 161.001(f).

frivolous, and no modification is warranted.

Accordingly, we affirm the trial court's judgment.

If the father desires to file a petition for review, his appellate counsel remains appointed in this case through any proceedings in the Texas Supreme Court unless otherwise relieved of these duties. *See In the Interest of P.M.*, 520 S.W.3d 24, 27 (Tex. 2016).

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  March 27, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed
[CV06]

